IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROSS ANDREW MCFARLANE,

    Plaintiff,

v.

REMEDY INTELLIGENT STAFFING, et al.

    Defendants.

ORDER

Case No. 18-cv-226-bbc

On April 2, 2018, this court entered an order directing plaintiff Ross Andrew McFarlane to submit by April 24, 2018 an initial partial payment of the filing fee in the amount of $197.00. Now plaintiff has submitted a letter asking to either waive the fee or to postpone payment to after he is released from custody because he says that the institution's business office will not let him use his work release account funds to pay the initial partial filing fee. The interview/information request that plaintiff submitted with his letter supports this statement. Because plaintiff cannot access to his work release funds, I will re-assess plaintiff's initial partial filing fee using only plaintiff's regular and release account.

Plaintiff's initial partial payment is re-calculated to $1.54 Plaintiff may have until May 7, 2018 to pay this initial partial payment. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account

1

ORDER

IT IS ORDERED that,

1.    Plaintiff Ross Andrew McFarlane's request to waive or postpone the initial partial payment is DENIED without prejudice.

2.    Plaintiff may have until May 7, 2018, to submit a check or money order made payable to the clerk of court in the amount of $1.54  If by May 7, 2018, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing at a later date.

Entered this 16th day of April, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge