IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROSS ANDREW MCFARLANE,

    Plaintiff,

v.

REMEDY INTELLIGENT STAFFING,
AMANDA and CHRIS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-226-bbc

---

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Remedy Intellignet Staffing, Amanda and Chris dismissing plaintiff Ross Andrew McFarlane's complaint for failure to state a federal claim upon which relief may be granted and for lack of subject matter jurisdiction.

| /s/ | 6/1/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |